IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHEROSCO BREWER,  )  <br>    Petitioner,  )  <br>  )  <br>v.  )  No. 2:26-cv-02109-SHL-atc  <br>  )  <br>WARDEN C. HARRISON,  )  <br>    Respondent.  ) | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On February 5, 2026, Petitioner Cherosco Brewer, an inmate at the Federal Correctional Institution in Memphis, Tennessee, Bureau of Prisons register number 18898-033, filed a *pro se* petition pursuant to 28 U.S.C. § 2241. (ECF No. 2.) Brewer did not pay the filing fee or file an application to proceed *in forma pauperis.*

On February 6, 2026, the Clerk of Court entered a Pro Se Filing Deficiency Notice directing Petitioner to, within 30 days of the date of the notice, pay the $5.00 filing fee or "[i]f you would like to request a waiver of payment, please complete an Application to Proceed In Forma Pauperis" and provide "a certified trust fund statement for the last six months from the facility where you are incarcerated." (*Id.*) (ECF No. 4.) The Clerk warned that "[i]f the plaintiff does not timely pay the civil filing fee or file a completed [*in forma pauperis*] application, the complaint will be dismissed." (*Id.*)

Petitioner has not paid the filing fee or provided the required documents to proceed *in forma pauperis*. Petitioner has failed to comply with the February 6, 2026 deficiency notice, and the time for compliance has expired.

The petition is hereby **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED** this 11th day of March, 2026.

    s/ Sheryl H. Lipman
    SHERYL H. LIPMAN
    CHIEF UNITED STATES DISTRICT JUDGE