IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHEROSCO BREWER, | ) |
|     Petitioner, | ) |
| v. | ) No. 2:26-cv-02109-SHL-atc |
| WARDEN C. HARRISON, | ) |
|     Respondent. | ) |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Petition (ECF No. 2), filed February 5, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Dismissing Case Without Prejudice (ECF No. 5), filed March 11, 2026, all claims by Petitioner against Respondent are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

March 11, 2026
Date